# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00692-CR

**Ex parte Seth Rountree**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Seth Rountree, a prison inmate acting pro se, has filed an application and motion to amend writ of habeas corpus challenging his conviction in Williamson County cause number 98-897-K26. The application and motion relate to a writ of habeas corpus filed by Rountree in the district court pursuant to article 11.07. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2009). This Court has no jurisdiction over article 11.07 writ applications, which must be filed in the district court and then forwarded to the Texas Court of Criminal Appeals for a ruling. *Id*. art. 11.07, § 3. Further, this Court's original habeas corpus jurisdiction is limited to civil cases. Tex. Gov't Code Ann. § 22.221(d) (West 2004).

The application and motion to amend writ of habeas corpus are dismissed for want of jurisdiction.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Filed:   December 18, 2009

Do Not Publish